IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                           : CRIMINAL NO: CR-1-00-049
                                   : JUDGE BECKWITH

**PHILIP L. VINSON,**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                                         Respectfully submitted,

                                                         GREGORY G. LOCKHART
                                                         United States Attorney

                                                         s/Deborah F. Sanders
                                                         DEBORAH F. SANDERS (0043575)
                                                         Assistant United States Attorney
                                                         Attorney for Plaintiff
                                                          303 Marconi Boulevard
                                                          Suite 200
                                                          Columbus, Ohio 43215
                                                          (614) 469-5715
                                                          Fax: (614) 469-5240
                                                          Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\vinson sat.wpd