**IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

FILED
JAMES BONINI
CLERK

05 AUG 29  AM 9: 47

U.S. ... COURT
SOU... ...ST OHIO
WEST ... CINCINNATI

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs ) | **Case No. CR 1-00-049** |
| **Phillip Vinson** ) | |
| ) | |

**ORDER TERMINATING SUPERVISED RELEASE**

The above named was placed on Supervised Release on September 14, 2000 for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated: August 29th, 2005

_____
Sandra S. Beckwith
Chief United States District Judge